# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>   v.<br><br>BILLIE JO ADAMS,<br><br>                         Defendant. | Case No. 19-cr-01787-BAS-22<br><br>**ORDER REQUIRING THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 2054)** |

Defendant Billie Jo Adams, self-represented, filed a motion for compassionate release. (ECF No. 2054.)  The Court referred the case to Federal Defenders under General Order 692-B for a status report.  Federal Defenders concluded "the Court can decide the motion on the existing record without further assistance of counsel."  (ECF No. 2071.)  Hence, the Court will proceed with the motion and **ORDERS** the Government to file a response no later than **April 30, 2024**.

   IT IS SO ORDERED.

**DATED: April 16, 2024**

Hon. Cynthia Bashant
United States District Judge

- 1 -

19cr1787